IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7180**

| | | |
|---|---|---|
| LOU ANN MAES, | ) | |
|                 Plaintiff, | ) | No. _____ |
| | ) | |
| v. | ) | Judge Moran |
| | ) | |
| ROBERT FOLBERG, BOARD OF TRUSTEES FOR THE UNIVERSITY OF ILLINOIS, | ) ) | |
| | ) | |
|                 Defendants. | ) | **JUDGE MORAN<br>MAGISTRATE JUDGE BROWN** |

### DEFENDANTS' NOTICE OF REMOVAL

Defendants, Robert Folberg, M.D. ("Dr. Folberg") and Board of Trustees for the University of Illinois ("Board of Trustees") (collectively "Defendants"), by their attorneys, Drinker Biddle Gardner Carton, submit their Notice of Removal pursuant to 28 U.S.C. § 1441 and § 1446 to remove the above-entitled action from the Illinois Circuit Court of Cook County to the United States District Court for the Northern District of Illinois, Eastern Division and state as follows:

    1.    On November 20, 2007, Plaintiff Lou Ann Maes ("Plaintiff" or "Maes") filed a seven-count Complaint against Defendants Dr. Folberg and the Board of Trustees in the Circuit Court of Cook County, Illinois, County Department, Chancery Division. Defendant Board of Trustees was served with the Summons and Complaint on November 27, 2007. (A copy of the Summons and the Complaint comprising all process and pleadings served on Defendant Board of Trustees are attached hereto as Exhibit A.) Defendant Dr. Folberg was served with the Summons and Complaint on December 4, 2007. (A copy of the Summons served on Defendant Dr. Folberg is attached hereto as Exhibit B.)



**FILED**

**DECEMBER 21, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2. Removal of the entire action to this Court is proper pursuant to 28 U.S.C. §§ 1441(b) and (c), because Plaintiff's Complaint contains federal question claims over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343(a)(3), 29 U.S.C. 2617(a)(2), including a Family and Medical Leave Act (FMLA), 29 U.S.C. § 2611 *et seq.* claim; a 42 U.S.C. § 1983 First Amendment claim; a 42 U.S.C. § 1983 Fourteenth Amendment due process stigma plus claim; and a 42 U.S.C. § 1983 Fourth Amendment seizure claim. This Court has supplemental jurisdiction under 1367(a) over the state law claims.

3. Removal to the Northern District of Illinois, Eastern Division is proper because this district and division embraces Cook County, Illinois.

4. Both Defendants to this action consent to removal and such consent is evidenced by their same attorney's signature below.

5. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days after service of the Complaint on the first of the Defendants to have been served, the Defendant Board of Trustees.

6. Pursuant to 28 U.S.C. § 1446(d), Defendants will give written notice of this filing to Plaintiffs and shall serve a copy of this Notice with the Clerk of the Circuit Court of Cook County, Illinois, thereby effecting removal of this action to this Court.

WHEREFORE, Defendants request that the above action be removed to the United States District Court for the Northern District of Illinois, Eastern Division and that the Court accept jurisdiction of this action.

Dated: December 21, 2007

        Respectfully submitted,

**ROBERT FOLBERG, M.D., AND THE BOARD OF TRUSTEES FOR THE UNIVERSITY OF ILLINOIS**

By: s/ Mark E. Furlane
Mark E. Furlane, Esq. (ARDC # 00897175)
Noreen H. Cull, Esq. (ARDC # 06229417)
**Drinker Biddle Gardner Carton**
(Drinker Biddle & Reath, LLP)
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone: (312) 569-1000/ Fax: (312) 569-3000
E-mail: mark.furlane@dbr.com
E-mail: noreen.cull@dbr.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 21, 2007, he caused a copy of the foregoing **DEFENDANTS' NOTICE OF REMOVAL**, to be served on the Plaintiff by sending a copy thereof, First Class U.S. mail, proper postage prepaid, to the following attorney for Plaintiff:

Steven Saltzman
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603

By: s/ Mark E. Furlane
Mark E. Furlane, Esq. (ARDC #00897175)
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone: (312) 569-1000
Fax: (312) 569-3000
E-mail: mark.furlane@dbr.com