**07 C 7180**

**JUDGE MORAN
MAGISTRATE JUDGE BROWN**

# EXHIBIT B

UNIVERSITY OF ILLINOIS
Chicago • Springfield • Urbana-Champaign

The Board of Trustees
352 Henry Administration Building, MC-350
506 South Wright Street
Urbana, IL 61801

Nov 27, 2007

To: University Counsel

Received m. Bond
upon this date

RECEIVED
NOV 2 7 2007
UNIVERSITY COUNSEL

Nichole Thompson

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-75M-2/28/05 (43480658)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ DIVISION

NOV 2 8 2007

(Name all parties)

_____

v.

_____

No. 07CH34041

## SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, NOV 2 0 2007, _____

Atty. No.: _____
Name: _____
Atty. for: _____
Address: _____
City/State/Zip: _____
Telephone: _____

Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT /CHANCERY DIVISION

Lou Ann Maes
_____
                                         Plaintiff
          v.
Robert Folberg, Board of Trustees of
University of Illinois
_____
                                         Defendant

Case No. _____

## CHANCERY DIVISION CIVIL COVER SHEET

A Chancery Division Civil Cover Sheet shall be filed with the initial complaint in all actions filed in the Chancery Division. The information contained herein is for Administrative purposes only and shall not be introduced into evidence. Please check the box in front of the appropriate category which best characterizes your action being filed.

005 _____ Administrative Review
006 _____ Change of Name
001 _____ Class Action
002 _____ Declaratory Judgment
004 __x__ Injunction
008 _____ Mechanic's Lien
003 _____ Mortgage Foreclosure

007 _____ General Chancery
    _____ Accounting                    _____ Partition
    _____ Arbitration Awards             _____ Quiet Title
    _____ Certiorari                     _____ Quo Warranto
    _____ Dissolution of Corporation     _____ Redemption Rights
    _____ Dissolution of Partnership     _____ Reformation of a Contract
    _____ Equitable Lien                 _____ Rescission of a Contract
    _____ Interpleader                   _____ Specific Performance
    _____ Mandamus                       _____ Trust Construction
    _____ Ne Exeat                       _____ Other _____

By: _____
        Attorney                Pro Se

Atty. No.: 50191
Name: Steven Saltzman
Atty. for: Plaintiff
Address: 122 S. Michigan, Ste. 1850
City/State/Zip: Chicago, Illinois 60603
Telephone: (312) 427-4500

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**