YM

JUDGE MORAN
MAGISTRATE JUDGE BROWN

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 7180

In the Matter of                                         Case Number:
LOU ANN MAES, Plaintiff
　　v.
ROBERT FOLBERG, BOARD OF TRUSTEES FOR THE
UNIVERSITY OF ILLINOIS, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT FOLBERG and BOARD OF TRUSTEES FOR THE UNIVERSITY OF ILLINOIS

FILED
DECEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Mark E. Furlane | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark E. Furlane | |
| FIRM <br> Drinker Biddle Gardner Carton | |
| STREET ADDRESS <br> 191 North Wacker Drive, Suite 3700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606-1698 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00897175 | TELEPHONE NUMBER <br> (312) 569-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |