IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOU ANN MAES, | ) | |
| Plaintiff, | ) | No. 07 CV 7180 |
| | ) | |
| v. | ) | Judge Moran |
| | ) | |
| ROBERT FOLBERG, BOARD OF TRUSTEES | ) | Magistrate Judge Brown |
| FOR THE UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To: Steven Saltzman
    122 South Michigan Avenue
    Suite 1850
    Chicago, Illinois  60603
    Email: Saltzcases@gmail.com

    **PLEASE TAKE NOTICE** that on Tuesday, February 12, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Moran in Courtroom 1843 at the United States District Court, 219 S. Dearborn, Chicago, IL, and then and there present **DEFENDANT ROBERT FOLBERG'S MOTION TO DISMISS COUNT I PURSUANT TO FRCP 12(B)(1), AND TO DISMISS COUNTS II, III, VI and VII PURSUANT TO FRCP 12(B)(6)**, a copy of which is served upon you with this Notice.

Respectfully submitted,

**ROBERT FOLBERG, MD**

By: **s/ Mark E. Furlane**
      One of Their Attorneys
Mark E. Furlane, Esq. (ARDC #00897175)
Noreen H. Cull, Esq. (ARDC # 06229417
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone:  (312) 569-1000
Fax:  (312) 569-3000
E-mail:  mark.furlane@dbr.com
E-mail:  noreen.cull@dbr.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on January 3, 2008, he caused a copy of the foregoing **DEFENDANT ROBERT FOLBERG'S MOTION TO DISMISS COUNT I PURSUANT TO FRCP 12(B)(1), AND TO DISMISS COUNTS II, III, VI and VII PURSUANT TO FRCP 12(B)(6)**, to be served by electronically filing it with the Clerk of the Court, which will send notification of such filing to the following:

Steven Saltzman
122 South Michigan Avenue
Suite 1850
Chicago, Illinois  60603
Email: Saltzcases@gmail.com

**By:  s/ Mark E. Furlane**
Mark E. Furlane, Esq. (ARDC #00897175)
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone:  (312) 569-1000
Fax:  (312) 569-3000
E-mail:  mark.furlane@dbr.com

CH02/ 22508532.1