IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOU ANN MAES, | ) | |
| Plaintiff, | ) | No. 07 CV 7180 |
| v. | ) | Judge Moran |
| | ) | Magistrate Judge Brown |
| ROBERT FOLBERG, BOARD OF TRUSTEES | ) | |
| FOR THE UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**ERRATA SHEET TO DEFENDANT ROBERT FOLBERG'S MEMORANDUM IN
SUPPORT OF HIS MOTION TO DISMISS**

Heading IV.B.2. on Page 10 of Defendant Robert Folberg's Memorandum in Support of

His Motion to Dismiss should read:

> **2.    Dr. Folberg could not have reasonably known that his alleged actions
> amounted to a violation of a clearly established constitutional right.**

In the originally-filed Memorandum, the word "not" was inadvertently omitted.

Respectfully submitted,

**ROBERT FOLBERG, M.D.**


By:  s/ Mark E. Furlane
Mark E. Furlane, Esq. (ARDC # 00897175)
Noreen H. Cull, Esq. (ARDC # 06229417)
**Drinker Biddle Gardner Carton**
(Drinker Biddle & Reath, LLP)
Telephone:  (312) 569-1000/ Fax:  (312) 569-3000
191 N. Wacker Dr., Suite 3700, Chicago, IL 60606-1698
E-mail:  mark.furlane@dbr.com
E-mail:  noreen.cull@dbr.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney certifies that on January 7, 2008, he caused a copy of the foregoing **ERRATA SHEET TO DEFENDANT ROBERT FOLBERG'S MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS**, to be served by electronically filing it with the Clerk of the Court, which will send notification of such filing to the following:

Steven Saltzman
122 South Michigan Avenue
Suite 1850
Chicago, Illinois  60603
Email: Saltzcases@gmail.com

By:  s/ Mark E. Furlane
Mark E. Furlane, Esq. (ARDC #00897175)
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone:  (312) 569-1000
Fax:  (312) 569-3000
E-mail:  mark.furlane@dbr.com

CH02/ 22508873.1