**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Lou Ann Maes
                    Plaintiff,

v.                                      Case No.: 1:07–cv–07180
                                                        Honorable James B. Moran

Robert Foldberg, et al.
                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference.(ldg, )Mailed notice.

Dated: January 22, 2008

                                                                   /s/ James B. Moran

                                                             United States District Judge