UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Lou Ann Maes
                              Plaintiff,

v.                                              Case No.: 1:07−cv−07180
                                                Honorable James B. Moran

Robert Foldberg, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2008:

MINUTE entry before Judge Geraldine Soat Brown : Status hearing held. Settlement conference set for 02/14/08 at 1:30 p.m. Plaintiff shall serve the settlement letter on the defendants pursuant to paragraph one of this Court's standing order for settlement conference by 02/01/08. The defendants shall serve the responsive letter to the plaintiff's demand letter by 02/12/08. Counsel shall fax or deliver copies of their respective letters to this Court's courtroom deputy at the time they are served. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.