## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Lou Ann Maes
         Plaintiff,

v.                Case No.: 1:07–cv–07180
                Honorable James B. Moran

Robert Foldberg, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

  MINUTE entry before Judge Geraldine Soat Brown : Status hearing held and continued to a telephone status hearing on 02/08/08 at 2:30 pm. Settlement conference previously set for 02/14/08 is stricken and reset to 02/22/08 at 10:30 a.m. The defendants&#039; responsive letter to the plaintiff's demand letter is extended to 02/15/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.