# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Lou Ann Maes

      Plaintiff,

v.            Case No.: 1:07–cv–07180

            Honorable James B. Moran

Robert Foldberg, et al.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

  MINUTE entry before Judge James B. Moran :Plaintiff's response to defendant's motion to dismiss [6] to be filed by April 14, 2008. Defendant's reply to be filed by May 2, 2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.