UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Lou Ann Maes
                        Plaintiff,

v.                                                   Case No.: 1:07–cv–07180
                                                               Honorable James B. Moran

Robert Foldberg, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge Geraldine Soat Brown : Settlement conference held and continued to 03/14/08 at 10:30 a.m. Telephone status hearing set for 2/29/08 at 11:00 am. Plaintiff's counsel shall initiate the call. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.