## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7180 | **DATE** | April 4, 2008 |
| **CASE TITLE** | MAES vs. FOLDBERG et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Settlement conference with counsel held. Status hearing is continued to 04/10/08 at 8:30 a.m.

| | Courtroom Deputy Initials: | JS |
|---|---|---|