UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Lou Ann Maes
                        Plaintiff,

v.                                                   Case No.: 1:07−cv−07180
                                                                         Honorable James B. Moran

Robert Foldberg, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Geraldine Soat Brown:Status hearing held and continued to a telephone status hearing on 04/28/08 at 8:30 a.m. If a stipulation to dismiss has been submitted in advance of that date, no one needs to call in on 04/28/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.