IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOU ANN MAES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.  07C 7180 |
| ) | Judge Moran |
| ROBERT FOLBERG, et al ) | Mag. Judge Geraldine Soat Brown |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS ALL CAUSES OF
ACTION AND THIS CASE WITH PREJUDICE**

The parties, having resolved all causes of action in this case, pursuant to Fed.R.Civ.P. 41(a) request that the Court grant their motion to dismiss all causes of action and this case in its entirety with prejudice with each party to bear his or her own costs and attorneys fees as previously agreed by them.

| | |
|---|---|
| s/Steven Saltzman | s/Mark Furlane (with permission) |
| Attorney for Plaintiff | Attorney for Defendants |
| | |
| Steven Saltzman | Mark Furlane |
| 122 S. Michigan, Ste. 1850 | Drinkle Biddle & Reath |
| Chicago, Illinois 60603 | 191 N. Wacker, Ste 3700 |
| (312) 427-4500 | Chicago, Il. 60606 |
| | (312) 569-1332 |

1

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that in accordance with the Fed.Crim.P. 49, Fed.R.Civ.P.5 and LR5.5, and the General Order on Electronic Case Filing (ECF), the Stipulation to Dismiss was served pursuant to the Court's ECF system as to ECF filers, including Mark Furlane and Noreen Cull, Drinker Biddle Gardner Carton, 191 N. Wacker Dr., Ste. 3700, Chicago, Il. 60606 on this 28th day of April, 2008

                                                                                        s/Steven Saltzman
                                                                                        Attorney for Plaintiff

_____

Steven Saltzman
122 S. Michigan, Ste. 1850
Chicago, Il. 60603
(312) 427-4500